Craig A. Horowitz, State Bar No. 125159
Wayne D. Clayton, State Bar No. 137564
Steven H. Taylor, State Bar No. 158848
HOROWITZ & CLAYTON
A Professional Corporation
11900 West Olympic Boulevard, Suite 620
Los Angeles, California 90064
Telephone: (310) 442-1122
Facsimile: (310) 442-2612
hcattys@aol.com

E-FILED 02-20-08
JS-6

Attorneys for Plaintiff, Jeff Scaduto

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SCADUTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC., a Texas corporation,<br><br>　　　　Defendant | Case No.: CV08-00224 PSG (JTLx)<br><br>[Assigned for all purposed to the Honorable Phillip S. Gutierrez, Dept. B-8]<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION |

　　　　The Court ordered Plaintiff to show cause in writing no later than February 14, 2008 why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. After considering the written argument, declarations and attached evidence in Response to the Order to Show Cause Regarding Dismissal for Lack of Subject Matter Jurisdiction by Plaintiff and Defendant and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

　　　　(1) Based on the (limited) evidence provided by Defendant FedEx Kinko's Office and Print Services, Inc. ("FedEx Kinko's") in the Declaration of Tracy Brightman, this Court finds that California is FedEx Kinko's principal place of business under Industrial Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1094 (9th

1  Cir. 1990).

2      (2) Because a corporation in a citizen of the state which is its principal place of
3  business under 28 U.S.C. § 1332(c)(1), Defendant FedEx Kinko's is a citizen of California and
4  diversity jurisdiction does not exist between Plaintiff Jeff Scaduto and Defendant
5  FedEx Kinko's Office and Print Services, Inc.  Accordingly, this Court lacks subject
6  matter jurisdiction over this case ; and

7      (3) This action is dismissed without prejudice to Plaintiff Jeff Scaduto re-filing
8  in the appropriate state court.

10      IT IS SO ORDERED.

12  Dated: 02-20-08

**PHILIP S. GUTIERREZ**
Honorable Phillip S. Gutierrez
United States District Judge